M. P. No. 75-94. MANUEL J. FURTADO, INC. *d.b.a.* THE HELM *v.* DEEB G. SARKAS, *Liquor Control Administrator.* Petition for writ of certiorari granted. Joslin, J. not participating.

*John F. Penza, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for respondent.